**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CEPHALON, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-1154-CFC |
| | ) | **CONSOLIDATED** |
| SLAYBACK PHARMA LIMITED | ) | |
| LIABILITY CO., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>STIPULATION AND [PROPOSED ORDER] TO EXTEND TIME</u>

WHEREAS, the deadline for the parties to submit opening post-trial briefs and proposed findings of fact is October 22, 2019

WHEREAS, the parties seek a one week extension of this deadline, and subsequent post-trial deadlines, to ensure that the transcripts from trial are finalized so that the parties may accurately cite to the record in their post-trial briefs.

WHERAS, the parties understand that the below extension extends briefing over the week of December 23.  The parties agree that there will be no extension to the reply deadline, unless the extension to the reply deadline is a reciprocal extension necessitated by an extension to the deadline for the responsive brief.

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadlines for post-trial briefing are extended by one week as follows: 1) Opening briefs and proposed findings of facts shall be filed on October 29, 2019; 2) Responsive briefs shall be filed on December 16, 2019; and 3) Reply briefs shall be filed on December 30, 2019.

Dated: October 20, 2019

SHAW KELLER LLP

/s/ Nathan R. Hoeschen
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Plaintiffs*

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (No. 4089)
Michael J. Farnan (No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Tel:  (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant Fresenius Kabi USA
LLC*

FLASTER/GREENBERG P.C.

/s/ Jeremy S. Cole
Damien Nicholas Tancredi (No. 5395)
Jeremy S. Cole (No. 6226)
1201 N. Orange Street, Suite 301
Wilmington, DE 19801
(302) 351-1910
Jeremy.cole@flastergreenberg.com

*Attorneys for Defendants Apotex Inc. and
Apotex Corp.*

DEVLIN LAW FIRM LLC

/s/ James M. Lennon
James M. Lennon (No. 4570)
1306 N. Market Street, 1st Floor
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Defendant Mylan Laboratories
Limited*

SMITH, KATZENSTEIN & JENKINS LLP

/s/ Eve H. Ormerod
Neal C. Belgam (No. 2721)
Eve H. Ormerod (No. 5369)
1000 West Street, Suite 1501
Wilmington, DE 19801
nbelgam@skjlaw.com
eormerod@skjlaw.com

*Attorneys for Defendant
Slayback Pharma Limited Liability Company*

2

SO ORDERED this _____day of October, 2019.


_____
The Honorable Colm F. Connolly