# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 17-1154-CFC |
| ) | **CONSOLIDATED** |
| SLAYBACK PHARMA LIMITED ) | |
| LIABILITY CO., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND [~~PROPOSED ORDER~~] TO EXTEND TIME

WHEREAS, the deadline for the parties to submit opening post-trial briefs and proposed findings of fact is October 22, 2019

WHEREAS, the parties seek a one week extension of this deadline, and subsequent post-trial deadlines, to ensure that the transcripts from trial are finalized so that the parties may accurately cite to the record in their post-trial briefs.

WHERAS, the parties understand that the below extension extends briefing over the week of December 23. The parties agree that there will be no extension to the reply deadline, unless the extension to the reply deadline is a reciprocal extension necessitated by an extension to the deadline for the responsive brief.

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadlines for post-trial briefing are extended by one week as follows: 1) Opening briefs and proposed findings of facts shall be filed on October 29, 2019; 2) Responsive briefs shall be filed on December 16, 2019; and 3) Reply briefs shall be filed on December 30, 2019.

| | |
|---|---|
| Dated: October 20, 2019 | Respectfully submitted, |
| SHAW KELLER LLP | FARNAN LLP |
| /s/ Nathan R. Hoeschen<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>*Attorneys for Plaintiffs* | /s/ Brian E. Farnan<br>Brian E. Farnan (No. 4089)<br>Michael J. Farnan (No. 5165)<br>919 North Market St., 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Defendant Fresenius Kabi USA LLC* |
| FLASTER/GREENBERG P.C. | SMITH, KATZENSTEIN & JENKINS LLP |
| /s/ Jeremy S. Cole<br>Damien Nicholas Tancredi (No. 5395)<br>Jeremy S. Cole (No. 6226)<br>1201 N. Orange Street, Suite 301<br>Wilmington, DE 19801<br>(302) 351-1910<br>Jeremy.cole@flastergreenberg.com<br><br>*Attorneys for Defendants Apotex Inc. and Apotex Corp.* | /s/ Eve H. Ormerod<br>Neal C. Belgam (No. 2721)<br>Eve H. Ormerod (No. 5369)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>nbelgam@skjlaw.com<br>eormerod@skjlaw.com<br><br>*Attorneys for Defendant Slayback Pharma Limited Liability Company* |
| DEVLIN LAW FIRM LLC | |
| /s/ James M. Lennon<br>James M. Lennon (No. 4570)<br>1306 N. Market Street, 1st Floor<br>Wilmington, DE 19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com<br><br>*Attorneys for Defendant Mylan Laboratories Limited* | |

SO ORDERED this 29th day of October, 2019.

_____
The Honorable Colm F. Connolly